AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    22-cv-3395

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **City of Philadelphia**
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Milagros Colon** , who is
designated by law to accept service of process on behalf of *(name of organization)* **the City of Philadelphia**
on *(date)* **November 10, 2022** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: **November 15, 2022**

*Server's signature*
Amanda St. John

**Amanda St. John, paralegal**
*Printed name and title*

**1500 JFK Boulevard**
**Suite 620**
**Philadelphia, PA 19102**
*Server's address*

Additional information regarding attempted service, etc: