# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DASHAWN HAYES** : | |
| *EXECUTOR OF THE* : | |
| *ESTATE OF VIVIAN FRANKLIN* : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 22-3395** |
| : | |
| **CITY OF PHILADELPHIA, ET AL.** : | |

## ORDER

This 15th day of February, 2023, a Suggestion of Bankruptcy having been filed by Defendant Corizon Health Inc., it is hereby **ORDERED** that this matter is **STAYED** pending the outcome of the bankruptcy proceedings. Counsel for Defendant Corizon Health Inc. shall file a status of the bankruptcy proceedings on ECF every 90 days.

It is further **ORDERED** that the Pretrial Conference scheduled for February 16, 2023, is **CANCELLED**. Counsel for Plaintiff is granted leave to submit an alternative case management plan if there are any claims against defendants not covered by the bankruptcy stay that could be severed and proceed.

  /s/ Gerald Austin McHugh
United States District Judge