LAW OFFICES
# O'CONNOR KIMBALL, LLP
TWO PENN CENTER PLAZA, SUITE 1100
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
(215) 564-0400
FAX (215) 564-1973
WEBSITE: www.oconnorkimball.com

THOMAS J. GREGORY
tgregory@okllp.com

NEW JERSEY OFFICE
51 HADDONFIELD ROAD, SUITE 330
CHERRY HILL, NJ 08002
(856) 663-9292
FAX (856) 663-6566

May 12, 2023

**VIA EMAIL: Chambers_of_Judge_Gerald_McHugh@paed.uscourts.gov**
The Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *Dashawn Hayes, Executor for the Estate of Vivian Franklin v. Jayna Mooney, RN and Steven Wilbraham, MD, et al.*
U.S. District Court, Eastern District of PA, Docket No. 22-CV-3395-GAM
Our File No. 210-2177

Dear Judge McHugh:

I represent Corizon Health, Inc. and its individual employees in the above matter. As you are aware, on February 15, 2023 Corizon's Suggestion of Bankruptcy was filed. Thereafter, also on February 15, Your Honor issued an Order staying the proceedings pending the outcome of Corizon's bankruptcy with a directive that a status be filed every ninety (90) days. As such, this is to advise Your Honor that Corizon's Chapter 11 Bankruptcy is still pending.

Thank you for your kind considerations.

Very truly yours,

O'CONNOR KIMBALL LLP

*Thomas J. Gregory*
Thomas J. Gregory

TJG:amb
cc: Brian J. Zeiger, Esquire (via email: zeiger@levinzeiger.com)
Derek R. Kane, Esquire (via email: derek.kane@phila.gov)
Paul Troy, Esquire (via email: ptroy@kanepugh.com)
Abigail C. Showalter, Esquire (via email: ashowalter@kanepugh.com)