LAW OFFICES

**O'CONNOR KIMBALL, LLP**

TWO PENN CENTER PLAZA, SUITE 1100
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA  19102
(215) 564-0400
FAX (215) 564-1973

WEBSITE: www.oconnorkimball.com

THOMAS J. GREGORY
tgregory@okllp.com

NEW JERSEY OFFICE
51 HADDONFIELD ROAD, SUITE 330
CHERRY HILL, NJ 08002
(856) 663-9292
FAX (856) 663-6566

December 3, 2025

**VIA ECF FILING SYSTEM:**
The Honorable Gerald A. McHugh
9613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

> Re:    ***Dashawn Hayes, Executor for the Estate of Vivian Franklin v. Jayna
> Mooney, RN and Steven Wilbraham, MD, et al.***
> **U.S. District Court, Eastern District of PA, Docket No.  22-CV-3395-GAM**
> **Our File No. 210-2177**

Dear Judge McHugh:

As Your Honor is aware, this matter has been stayed as to defendant Corizon Health and
its employees for the past several months due to the ongoing bankruptcy of Corizon.   The
circumstances of the bankruptcy proceedings have changed, specifically with respect to this
particular case.

Corizon's successor, YesCare Corporation, has filed a motion with the bankruptcy court,
(The U.S. Bankruptcy Court for the Southern District of Texas), seeking approval of the court for
the creation of a trust fund which will be utilized to resolve outstanding personal injury/wrongful
death ("PI/WD") matters throughout the country.  The bankruptcy court has ruled on a "Motion
to Enjoin Plaintiffs from Prosecuting Cases Against Released Parties," which seeks to divert
certain cases into a "Channel" for resolution through the trust fund.   As a result of recent orders
of the bankruptcy court, this matter, Dashawn Hayes, Executor for the Estate of Vivian Franklin
v. Jayna Mooney, RN and Steven Wilbraham, MD, et al., has been ordered to be diverted into
the resolution proceedings.

Plaintiff's counsel has been made aware of this order by way of communications sent
directly by bankruptcy counsel.   Pursuant to the bankruptcy order, the plaintiff in this matter is
enjoined from pursuing his/her claims through the civil courts;  the matter must be prosecuted
through the "PI/WD" resolution plan.  Accordingly, we respectfully submit that the claims in this

The Honorable Gerald A. McHugh
December 3, 2025
Page 2

matter against Corizon Health Inc. and, Jayna Mooney, RN and Steven Wilbraham, MD, be severed from the claims against any remaining defendants.

Respectfully yours,

O'CONNOR KIMBALL LLP

Thomas J. Gregory

TJG:amb
cc:    Brian J. Zeiger, Esquire (via ECF Filing System)
       Derek R. Kane, Esquire (via ECF Filing System)
       Paul Troy, Esquire (via ECF Filing System)
       Abigail C. Showalter, Esquire (via ECF Filing System)
       Cassidy L. Neal, Esquire (via ECF Filing System)