IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DASHAWN HAYES** | : | |
| *EXECUTOR OF THE* | : | |
| *ESTATE OF VIVIAN FRANKLIN* | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 22-3395 |
| | : | |
| **CITY OF PHILADEPHIA**, *et al.* | : | |

## ORDER

This 18th day of December, 2025, upon consideration of the Letter Request to Sever Claims, ECF 39, filed by Defendants Corizon Health, Inc., Jayna Mooney, RN, and Steven Wilbraham, MD ("Moving Defendants"), and in recognition of the Order issued by the United States Bankruptcy Court for the Southern District of Texas, Houston Division, *see* Omnibus Order, *In Re Tehum Care Srvs.*, No. 23-90086 (Bankr. S.D. Tx.), Dkt. No. 2160 (attached as Exhibit A); and in light of the Court's inherent power to manage its docket,[1] it is **ORDERED** that:

1. Plaintiff's claims asserted against Moving Defendants in this matter are **SEVERED** from the claims against any remaining defendants.

2. Plaintiff is **DIRECTED** to pursue the claims against Moving Defendants in accordance with the Bankruptcy Court's Omnibus Order.

3. The **STAY** in this matter is **LIFTED**.

4. Counsel for Plaintiff and counsel for the remaining defendants are **DIRECTED** to meet and confer and provide the Court with a revised Rule 26(f) report within 30 days.

    /s/ Gerald Austin McHugh
United States District Judge

---

[1] Courts possess inherent power to "manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *R & C Oilfield Servs. LLC v. Am. Wind Transp. Grp. LLC*, 45 F.4th 655, 661 (3d Cir. 2022) (quoting *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962)).