IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DASHAWN HAYES** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-3395** |
| | : | |
| **CITY OF PHILADELPHIA, ET AL.** | : | |

## ORDER

This 28th day of January, 2026, following a status conference with counsel, it is hereby

**ORDERED** that the following schedule shall govern the progress of this case.

1. All fact discovery shall be completed by **June 30, 2026**.

2. Expert reports for plaintiff shall be due by **July 31, 2026.**

3. Expert reports for defendants shall be due by **September 4, 2026**.

4. Rebuttal or supplemental expert reports, if any, shall be produced as promptly as possible after the need for such reports is identified, and must be served sufficiently in advance of the Final Pretrial Conference to allow for a meaningful response.

5. Expert depositions may be conducted any time until the Final Pretrial Conference.

6. Dispositive motions, if any, shall be due by **July 20, 2026**.

7. This case shall be deemed ready for the scheduling of a Final Pretrial Conference as of **October 13, 2026.**

**Notice:** Throughout the course of this litigation, counsel should refer to Judge McHugh's Guidelines for Counsel, which can be found on the Court's website, for assistance with efficient management of this case

    /s/ Gerald Austin McHugh
United States District Judge