**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DASHAWN HAYES, ADMINISTRATOR OF THE ESTATE OF VIVIAN FRANKLIN, *Plaintiff,* v. CITY OF PHILADELPHIA, et al., *Defendants.* | No. 2:22-cv-03395-GAM |

## ENTRY OF APPEARANCE

Kindly enter the appearances of Jeremy D. Mishkin and Benjamin Goldman

on behalf of Defendant David Gefner in the above-captioned action.

Respectfully submitted,

Dated:  July 15, 2026

/s/ *Jeremy D. Mishkin*
Jeremy D. Mishkin (PA ID No. 30017)
Benjamin Goldman (PA ID No. 92126)
MONTGOMERY McCRACKEN
 WALKER & RHOADS LLP
1735 Market Street
Philadelphia, PA 19103
(215) 772-1500
jmishkin@mmwr.com
bgoldman@mmwr.com

*Attorneys for Defendant David Gefner*

-2-

## CERTIFICATE OF SERVICE

I certify that today I caused the foregoing document to be electronically filed with the Court's electronic filing system, which served electronic notice on all counsel of record.

Dated: July 15, 2026                    */s/ Jeremy D. Mishkin*