**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DASHAWN HAYES, ADMINISTRATOR OF THE ESTATE OF VIVIAN FRANKLIN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA;<br>CORIZON HEALTH, INC.;<br>YESCARE CORP.;<br>BRUCE HERDMAN;<br>CARL FRIERIMONTE, JR.;<br>CHRISTINE FOREMAN, N.P.;<br>DORIAN JACOBS, M.D.;<br>ASHLEY MORET, R.N.;<br>VANESSA PEART, R.N.;<br>TYRONE TURNER, R.N.;<br>STEVEN WILBRAHAM, M.D.;<br>ISAAC LEFKOWITZ;<br>DAVID GEFNER;<br>FRANK JEFFREY SHOLEY;<br>SARA ANN TIRSCHWELL;<br>JEFFREY SCOTT KING;<br>C.O. A. JACKSON; and<br>C.O. D. KENO,<br><br>Defendants. | : | CIVIL ACTION<br><br>No.: 2:22-cv-03395<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SUBSEQUENTLY DECIDED AUTHORITY IN SUPPORT OF DEFENDANTS JEFFREY KING, ISAAC LEFKOWITZ, FRANK SHOLEY, AND SARA TIRSCHWELL'S MOTION TO DISMISS**

Defendants Jeffrey King, Isaac Lefkowitz, Frank Sholey, and Sara Tirschwell hereby provide notice that, on November 13, 2026, Judge Murphy in the District Court for the Eastern District of Pennsylvania issued the attached order in DeLoatch v. City of Phila., et al., Case No. 2:22-cv-01521-JFM, ECF No. 92 (E.D. Pa., Nov. 13, 2026), dismissing claims against the

Individual Restructuring Defendants because, *inter alia*, the plaintiff's allegations against the Individual Restructuring Defendants, which are virtually identical to the allegations in this case, "describe the depletion of the debtor's assets, an injury shared by creditors generally, which gives rise to a claim belonging solely to the bankruptcy estate. The alleged misconduct did not uniquely affect [the plaintiff] to state a claim under Fed. R. Civ. P. 12(b)(6)." (citations omitted). A copy of the order is attached as Exhibit A.

Dated: November 16, 2026

Respectfully submitted,
/s/ Aaron Krauss

Aaron Krauss (62419)
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-4181
akrauss@cozen.com

Attorney for Defendants Jeffrey King, Isaac Lefkowitz, Frank Sholey, and Sara Tirschwell

**CERTIFICATE OF SERVICE**

I certify that, on this date, the foregoing NOTICE OF SUBSEQUENTLY DECIDED AUTHORITY IN SUPPORT OF DEFENDANTS JEFFREY KING, ISAAC LEFKOWITZ, FRANK SHOLEY, AND SARA TIRSCHWELL'S MOTION TO DISMISS has been filed electronically and is available for viewing and downloading from the ECF system, and that I caused a true and correct copy of the same to be served upon all parties of record via the Court's ECF system.

Dated: November 16, 2026

BY: /s/ Aaron Krauss
Aaron Krauss (62419)